UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANNON SOWERS & CRACRAFT PC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-01882-TWP-DKL |
| ) | |
| SMT PATENTS, LLC, ) | |
| SCIENTIFIC MOLECULAR ) | |
| TECHNOLOGIES HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

## ENTRY ON JURISDICTION

On July 14, 2016, the Defendants filed a notice of removal, which fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The notice of removal alleges that this Court has jurisdiction based upon diversity of citizenship. However, the removal notice fails to sufficiently allege the citizenship of the parties. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's E. Chi. Casino*, 299 F.3d 616, 617 (7th Cir. 2002). In particular, the notice of removal neither sufficiently identifies the individual members of RADR Development, Ltd., nor adequately alleges their citizenship.

To remedy this defect, the Defendants shall file a supplemental jurisdictional statement to sufficiently establish this Court's jurisdiction over this case. The Defendants' statement must accurately identify the individual members of RADR Development, Ltd., and articulate their citizenship. The Defendants' supplemental jurisdictional statement is due **fourteen (14) days** after the date of this entry.

**SO ORDERED.**

Date: 7/19/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

William Kenneth Doss
BRANNON SOWERS & CRACRAFT PC
wdoss@bscattorneys.com

Kristopher N. Kazmierczak
KATZ & KORIN P.C.
kkaz@katzkorin.com

Sally F. Zweig
KATZ & KORIN P.C.
szweig@katzkorin.com

2